Ethel Mae COMBS et al., Appellants,

v.

MANCHESTER INSURANCE & IND. CO.,
Appellee.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Rehearing Denied Feb. 15, 1974.

John Chris Cornett, Cordell H. Martin, Earl M. Cornett, Hindman, for appellants.

Hoover Haynes, Craft & Haynes, Hazard, for appellee.

Memorandum Opinion of the Court by Special Commissioner GEORGE B. RYAN, Affirming.*

---

Sandra Lee EVANSON, Appellant,

v.

Dana C. EVANSON et al., Appellees.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Rehearing Denied Feb. 22, 1974.

John M. Lawrence, Duerson & Lawrence, Berea, for appellant.

Roger M. Oliver, Berea, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

---

Randall L. PRICE, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Rehearing Denied Feb. 22, 1974.

Albert C. Hawes, Covington, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

---

Douglas M. YATES, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Jan. 18, 1974.

Douglas M. Yates, Pro se.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM Opinion, Denying RCr 11.42 Relief.*

* Opinion ordered not to be published.